# UNITED STATES DISTRICT COURT
for the
District of Maryland



| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>513 46th Street<br>Baltimore, MD 21224 | ) ) ) ) ) ) | Case No. 13-45 SKG |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4.

located in the _____ District of ___MARYLAND___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, USC Sections 1546, 1425, 1001, 371; Title 8 Section 1325 | Marriage fraud, naturalization fraud, conspiracy to fraud the United States |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's Signature*

Eli D. Bupp, Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/9/13

*Judge's signature*

City and state: Baltimore, Maryland      Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*